AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America )<br>v. )<br>PAUL POLLITT III )<br>)<br>)<br>)<br>*Defendant(s)* ) | Case No.<br>8:15-MJ- 1769-TBM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 6, 2015, to the present__ in the county of __Pinellas__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(1), (a)(4)(B) | transporting and possessing child pornography by using a facility of interstate commerce |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Ethan G. Cumming, Special Agent - FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 11-21-15

_Judge's signature_

City and state: Tampa, Florida

THOMAS B. MCCOUN III, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ethan G. Cumming, being duly sworn, depose and state the following:

### I. AGENT BACKGROUND

1.  I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since February 2004. I am presently assigned to the Tampa Division, Pinellas Resident Agency, where my duties include investigating the online exploitation of children, particularly in relation to violations of 18 U.S.C. § 2252(a)(1) and (a)(4)(B), which criminalizes the possession and transportation of child pornography. I have made arrests and conducted searches pertaining to these types of investigations. I have attended specialized training involving computers and child exploitation. During my tenure as a Special Agent, I have participated in numerous investigations of criminal activity, including, but not limited to, the investigation of computer intrusion matters, child sexual exploitation, online child sexual exploitation, Internet fraud, intellectual property rights, and child pornography violations.

2.  As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute arrest warrants issued under the authority of the United States. I have received training for online undercover investigations involving child exploitation and have participated in numerous investigations involving child pornography. I have learned the following information in my official capacity, by first hand observations, as well as by receiving information from federal and local law enforcement in reference to the investigation of Paul POLLITT III for federal criminal violations.

3. This affidavit is made for the purpose of supplying probable cause to support a Criminal Complaint against Paul Pollitt, III (POLLITT). Because this affidavit is made for the sole purpose of providing probable cause to support a Criminal Complaint against POLLITT, I have not included every detail of every aspect of the investigation. Rather, I have set forth only the facts that are necessary to establish probable cause to believe that POLLITT has committed the following federal offense: transporting and possessing child pornography by using a facility of interstate commerce, in violation of 18 U.S.C. § 2252(a)(1) and (a)(4)(B).

## II. SUMMARY

4. This online investigation began on November 2, 2015 and continues through the present. The facts and circumstances in this investigation indicate that a person utilized a Kik from a residence in Clearwater, in the Middle District of Florida, to receive, possess, and distribute images of child pornography via Kik.

## III. PROBABLE CAUSE

5. Leading up to the investigation, District of Columbia Metropolitan Police Department Detective Timothy Palchak had been acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, Detective Palchak ("UC"), posted an advertisement in a predicated area of an online website for classified advertisements which, based on the UC's experience and information gathered from other sources, is an area of the site frequented by individuals that have a sexual interest in children and incest. The advertisement was intended to attract individuals with a sexual interest in children through the use of adjectives such as "perv dads" and "taboo."

2

A. <u>Communications with the Target</u>

6. On November 2, 2015, the UC received an email responding to the ad he posted from the Target; the email stated "Love to chat about taboo. Yng." The UC and the Target then communicated via email over the next few days.

7. The UC responded "Perv dad here live very yng and incest." The Target then replied, "Same here, Perv Dad, love Yng, incest, flat and bald." The UC replied, "Same here. Active dad here you?" The Target stated, "Yes, my daughter is 6 how about you?" The UC then wrote "Nice!!!! My daughter is 9, what is your kik easier and safer?" The Target provided the kik name "RobStark212015."

8. On November 5, 2015, the UC contacted the Target using the kik name he provided. He introduced himself to the respondent as "John from CL,[1]" and the Target identified himself as "Chuck." The UC and the Target discussed when they would have their daughters next. They also discussed sexual acts they performed on their daughters:

| | |
|---|---|
| UC: | Do you get any play with yours at all? |
| Target: | do every other weekend you? |
| UC: | Yes pretty much the same |
| Target: | Not fully active but just about |
| UC: | How far have u gone? |
| Target: | sleep play and play while she is in the bath. Push the limits without it being obvious. I am also getting her comfortable with seeing each other and being around each other without close on. |

. . .

---

[1] CL refers to the website for classified advertisements on which the original ad was posted.

3

| | |
|---|---|
| UC: | so what is the most u have done |
| Target: | While she was sleeping I have I have played with her body. Also used her had to masterbate with. You? |
| UC: | Yeah I have done the same as you while she is sleeping . I have felt her pussy licked it a few times and cum on her also took her hand and bad her jerk it . Do you only play with her while she is asleep? |
| Target: | I have cum on her also. I play while she is awake to just not obvious about it. Sometimes she will be really into a show and I will let my hands wonder. She actually plays with her self a lot |
| UC: | Mmmmm have you ever got your finger in her little pussy Mmmm |
| Target: | While she was sleeping yes, just to the knuckle. When she is awake I have only played over her panties so far |

9. The UC and Target also discussed trading pictures of their children's genitalia:

| | |
|---|---|
| UC: | U near DC too |
| UC: | You ever take any good pics of her lil puffy pussy |
| Target: | No, I am in Florida. I used to have a lot but I get nervous and clean out when I switch phones. I don't have any clear shots yet with this one but maybe this weekend |

10. At one point, the UC asked "how long [the Target had] been taking pics of [his daughter's] pretty pussy," to which the Target responded, "Since she was 3 or 4."

11. The UC asked whether the Target had any pictures of his daughter "right now," and, in response, the Target sent a non-pornographic image of a female child in a bikini, and a non-pornographic image of a female child sitting in a chair clothed. The UC then sent a picture of a child's panties. The Target responded "I love little panties to."

4

12. The UC sent the Target a picture of a child clothed, sitting on the floor and asked whether the Target had any pictures of his daughter "sleeping or naughty." The Target responded by sending a picture of an adult hand pulling open a child's pajamas to show a child's panties.

13. The UC sent a picture of unlit matches on a child skin, stating that he had previously taken the picture to "prove he was real" to another chatter. The Target responded by sending a picture of an adult's hand pulling pajamas and panties out to reveal a child's buttocks. The Target then said, "That is about the sexy pics I have right now but can make sure she dresses with easier access tomorrow."

14. On November 12, 2015, the UC and Target spoke again about exchanging pictures:

| | |
|---|---|
| UC: | ". . . . Any new shots?" |
| Target: | "Yea, I got at least one good bath shot and got my finger wet Saturday night. So hot" |
| UC: | "Mmmmm nice , got a few shots as well would love to see your lil one" |
| Target: | "Will you be available later today? Would to swap and jack off. Can't have much fun at work." |

15. On November 13, 2015, the UC asked "Can I see the bathroom pic." At that point, the Target sent an image entitled "45170.jpg." In my training and experience, this file clearly contain depictions of child pornography as defined by 18 U.S.C. § 2256, because it clearly depicts a minor engaged in sexually explicit conduct. The image is described as follows:

5

It shows the body of a prepubescent girl. It is cropped to focus on the genital area of the child, and shows only the portion of her body between her shoulders and thighs. She is naked, and both of her index fingers appear to be inserted into her vagina.

B. <u>Identification of the Target</u>

16.   An Administrative Subpoena was issued and sent to Kik requesting subscriber identification information and IP address logs associated with username robstark212015. On November 18, 2015, Kik responded to that request and provided an associated unconfirmed email address of rob_stark@hushmail.com along with IP logs dating back to November 5, 2015. Examination of these logs linked approximately one-third of the logins to a commercial account with Suntel Network, Inc. and the remaining two-thirds to a Verizon Wireless account. An Administrative Subpoena was sent to Verizon Wireless requesting the telephone number and subscriber information associated with a sampling of the Verizon Wireless IP addresses provided by Kik.

17.   On November 20, 2015, Verizon responded that the IP addresses resolved to telephone number 727-242-4545 (IMEI number and were associated with Paul Pollitt, with an address of 3733 Leeds Court, Palm Harbor, Florida 34685. The subscriber information indicated that the information was valid from October 13, 2014 through the present. On November 20, 2015, law enforcement visited the address provided by Verizon and was informed by a neighbor that no one by the name Paul POLLITT lived there.

18.   Open source databases indicated that the only person named Paul POLLITT who had been associated with that address was Paul Dale POLLITT III, a

white male, with a date of birth of December 20, 1976, and Florida Driver's License Number P430684764600. They also provided additional addresses with which Pollitt had been associated.

19. I, along with other law enforcement officers visited one of those addresses on November 20, 2015. POLLITT answered the door and, after being Mirandized, agreed to speak with me. He said that he had a six-year old daughter who, along with his parents and 16-year old son, was asleep inside. He did not admit to possessing, transporting, or receiving child pornography, but did say that online everything was a fantasy.

20. Law enforcement was also able to identify POLLITT's wife and locate her social networking profile on Facebook. This profile yielded photographs of a female child, whom POLLITT's wife identified as her daughter, which match one of the images sent by the Target to the UC of his purported daughter.

## IV. CONCLUSION

17. Based on the facts and circumstances described above, there is probable cause showing that POLLITT has violated 18 U.S.C. § 2252(a)(1) and (a)(4)(B), which makes it a federal crime for any person to knowingly possess and transport child

pornography using a facility of interstate or foreign commerce. Accordingly, I respectfully request that the Court issue a complaint charging POLLITT with these crimes.

Ethan G. Cumming, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 21 day of November, 2015.

THOMAS B. MCCOUN III
United States Magistrate Judge